1  Ronald Y. Rothstein (*pro hac vice application forthcoming*)
   rrothste@winston.com
2  WINSTON & STRAWN LLP
   35 West Wacker Drive
3  Chicago, IL 60601
   Telephone:     (312) 558-5600
4  Facsimile:      (312) 558-5700

5  Sean D. Meenan (SBN: 260466)
   smeenan@winston.com
6  Crista N. Welch (SBN: 312582)
   cwelch@winston.com
7  WINSTON & STRAWN LLP
   101 California Street, 34th Floor
8  San Francisco, CA  94111-5840
   Telephone:     (415) 591-1000
9  Facsimile:      (415) 591-1400

10 Attorneys for Defendant
   BIG HEART PET BRANDS, INC.
11

12                    **UNITED STATES DISTRICT COURT**

13                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

15 | NANCY VAN MOURIK, individually and on behalf of all others similarly situated, | **Case No.  4:17-cv-03889-KAW** |
   |---|---|
16 | | **STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1** |
17 | Plaintiff, | |
18 | v. | |
19 | BIG HEART PET BRANDS, INC. | |
20 | Defendant. | |

21

22

23

24

25

26

27

28

1    WHEREAS, Plaintiff filed this action ("the Complaint") on July 10, 2017;

2    WHEREAS, Plaintiff served the Complaint on Defendant Big Heart Pet Brands, Inc. on July
3    12, 2017.

4    WHEREAS, Big Heart Pet Brands, Inc. has engaged Winston & Strawn LLP as counsel in
5    this matter;

6    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Big Heart Pet Brands,
7    Inc.'s answer or other responsive pleading is currently due on August 2, 2017 (the "Response
8    Deadline");

9    WHEREAS, Rule 6-1(a) of Civil Local Rules of the United States District Court for the
10   Northern District of California provides that the parties may stipulate without a court order to extend
11   the time within which to answer or otherwise to respond to the Complaint, provided the change will
12   not alter the date of any event or any deadline already fixed by court order;

13   WHEREAS, the parties have agreed to a thirty day extension of the Response Deadline;

14   WHEREAS, the agreed-upon extension will not alter the date of any event or deadline
15   already fixed by court order;

16   THEREFORE, IT IS HEREBY STIPULATED that the time for Big Heart Pet Brands, Inc. to
17   answer, move, or otherwise to respond to the Complaint is extended to and includes September 1,
18   2017.

19   **IT IS SO STIPULATED AND AGREED.**

20   Dated: July 31, 2017                         WINSTON & STRAWN LLP

                                                  By:    */s/ Sean D. Meenan*
                                                         Sean D. Meenan
                                                         Crista N. Welch
                                                         Winston & Strawn LLP
                                                         101 California, Street, 34th Floor
                                                         San Francisco, CA  94111-5840
                                                         Phone: 415.591.1000
                                                         Fax: 415.591.1400
                                                         Email: smeenan@winston.com

Ronald Y. Rothstein
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
Fax: (312) 558-5700
Email: rrothste@winston.com

Dated:  July 31, 2017                REESE LLP

By:   */s/ Michael R. Reese*
Michael R. Reese (SBN 206773)
George V. Granade
100 West 93rd Street, 16th Floor
New York, NY 10025
Email:  mreese@reesellp.com
            ggrandade@reesellp.com

FARUQI & FARUQI, LLP

Barbara A. Rohr, Bar No. 273353
Benjamin Heikali, Bar No. 307466
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA  90024
Phone:  424.256.2884
Fax:  424.256.2885
Email:  brohr@faruqilaw.com
            bheikali@faruquilaw.com

Attorneys for Plaintiff
NANCY VAN MOURIK

### ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: July 31, 2017

*/s/ Sean D. Meenan*