# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

NANCY VAN MOURIK, individually and on behalf of all others similarly situated,

          Plaintiff(s),

v.

BIG HEART PET BRANDS, INC.,

          Defendant(s).

Case No: 3:17-cv-03889-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ronald Y. Rothstein, an active member in good standing of the bar of the Supreme Court of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Big Heart Pet Brands, Inc. in the above-entitled action. My local co-counsel in this case is Sean D. Meenan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA  94111-5840 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 558-5600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>rrothste@winston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>smeenan@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 06225965.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 15, 2017

          /s/ *Ronald Y. Rothstein*
          APPLICANT
          RONALD. Y. ROTHSTEIN

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of RONALD Y. ROTHSTEIN is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/16/17

          UNITED STATES DISTRICT MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER           *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com